UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO. 5:23CV-4-BJB

ESTATE OF PAMELA GILBERT, et al.                    PLAINTIFF

V.

AMERICAN BANKERS INSURANCE COMPANY
OF FLORIDA, et al.                                  DEFENDANTS

## ANSWER OF DEFENDANTS TERRY PLUNKETT AND LEIGH PRUITT

The Defendants Terry Plunkett and Leigh Pruitt by their undersigned Counsel for their Answer herein state as follows:

1). The Complaint fails to state a cause of action or claim against these two Defendants upon which relief may be granted.

2). These Defendants admit allegation numbered 1 of the Complaint

3). These Defendants do not have sufficient information to determine the truthfulness of allegations numbered 2 and 3 of the Complaint but reserve the right to plead further in this regard if any other party denies these allegations.

4). These Defendants are the heirs and children of Jamey Waggoner and admit that to their knowledge no estate proceeding has been commenced. Defendants only knowledge of a potential claim against Defendant American Bankers Insurance Company Florida results from the action of American Bankers Insurance Company Florida in issuing a check payable to "The Estate of Jamey L. Waggoner".

5). These Defendants admit allegations numbered 5, 6, 7, 8 and 11.

6). These Defendants do not have sufficient information to determine the truthfulness of allegations numbered 9, 10, 12, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 31, 32, 34, 39, 40 and 41.

9). These Defendants assert all the affirmative defenses set out in Kentucky Rules of Civil Procedure 8.03 and further deny that the Plaintiffs have any claims or causes of action against them.

## CROSSCLAIM

10). For their Crossclaim against Defendants American Bankers Insurance Company Florida and Kristen Lewis, Defendants Terry Plunkett and Leigh Pruitt adopt and assert all allegations of the Plaintiff's Complaint, as set out in Count I and Count II of such Complaint, as it relates to any claim filed, benefits payable or policy issued to Jamey Waggoner.

11). Defendants, Terry Plunkett, and Leigh Pruitt demand that American Bankers Insurance Company Florida and Kristen Lewis produce a copy of any insurance policy issued by American Bankers Insurance Company of Florida to Jamey Waggoner and any claims filed by anyone to recover payments under such policy.

12). Defendants, Terry Plunkett, and Leigh Pruitt reserve the right to file additional claims against Defendant, American Bankers Insurance Company of Florida upon further discovery of their rights, claims and benefits under any policy issued by Defendant.

WHEREFORE, Defendants ask the Court to enter a Judgment Dismissing them as Defendants herein, or in the alternative to permit Terry Plunkett and Leigh Pruitt to proceed as Cross Claimants against the Defendants, American Bankers Insurance Company Florida and Kristen Lewis and to recover all amounts due them under any insurance policy issued by Defendants, American Bankers Insurance Company Florida; and for any and all other relief to which they may be entitled.

Respectfully Submitted,

Charles S. Foster
HARGROVE & FOSTER
P.O. Box 315
Mayfield, KY 42066
(270) 247-8522
*Attorney for Defendants, Terry Plunkett and Leigh Pruitt*

## CERTIFICATE OF SERVICE

I hereby certify that true and exact copy of the foregoing has been served upon all parties by mailing and/or electronic mail to:

    Julie A. Tennyson
    MARCUM & TENNYSON, PLLC
    P.O. Box 9551
    Paducah, KY 42002
    jtennyson@marcumandtennyson.com

    Brian F. Haara
    Gregory Scott Gowen
    FULTZ, MADDOX & DICKENS, PLC
    101 South Fifth Street, 27th Floor
    Louisville, KY 40202-3116
    bhaara@fmdlegal.com
    sgowen@fmdlegal.com
    *Attorneys for American Bankers Insurance Company of Florida and Kristen Lewis*

on this 12 day of January 2023.

_____
Charles S. Foster