UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO.  5:23CV004BJB

*ELECTRONICALLY FILED*

ESTATE OF PAMELA GILBERT,
    Daeanyra Travis, Executrix

ESTATE OF WILLIAM DEREK GILBERT,
    Daeanyra Travis, Executrix

DAEANYRA TRAVIS

DRAVEN GILBERT                                                  PLAINTIFFS

vs.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA

    Serve:      Corporation Service Company
                    421 WEST MAIN STREET
                    FRANKFORT, KY 40601

KRISTIN LEWIS

    Serve:      11222 QUAIL ROOST DRIVE
                    MIAMI, FL 33157

ESTATE OF JAMEY WAGGONER

    Serve:      ℅ Terry Plunkett
                    461 Chesterfield Lane
                    North Aurora, IL 60502

TERRY PLUNKETT

    Serve:      461 Chesterfield Lane
                    North Aurora, IL 60502

LEIGH PRUITT

    Serve:      808 W. Ellicott Circle
                    Port Charlotte, FL 33952

DEFENDANTS

**AGREED MOTION TO AMEND**

Comes the Plaintiffs Estates of Pamela Gilbert and William Derek Gilbert, Daeanryra Travis, executrix, Daeanyra Travis, and Draven Gilbert, by and through counsel, and for their Agreed Motion to Amend the Complaint states as follows, Plaintiffs have received the consent of all defendants to amend the complaint.

WHEREFORE, Plaintiffs respectfully request the complaint be amended.

Respectfully submitted,

MARCUM TENNYSON PLLC

    /s/ Julie A. Tennyson
Julie A. Tennyson
S. Scott Marcum
P.O. Box 9551
Paducah, Kentucky  42002
(270) 534-5135
jtennyson@marcumtennyson.com

*COUNSEL FOR PLAINTIFFS*

*HAVE SEEN AND AGREE TO:*

HARGROVE & FOSTER

<u>/s/ Charles S. Foster (w/permission)</u>
Charles S. Foster
P.O. Box 315
Mayfield, KY 42066
cfoster@westkylawyers.com
Counsel for Defendants, Terry Plunkett
and Leigh Pruitt and Estate of Jamey Waggoner,
Terry Plunkett, Executor

FULTZ MADDOX DICKENS PLC

<u>/s/ Brian F. Haara (w/permission)</u>
Brian F. Haara (#86431)
Gregory Scott Gowen (#85408)
101 South Fifth Street, Suite 2700
Louisville, KY 40202-3116
bhaara@fmdlegal.com
sgowen@fmdlegal.com
Counsel for Defendant, American Bankers
Insurance Company of Florida

## CERTIFICATE OF SERVICE

    It is hereby certified that the foregoing was filed electronically this the 27th of July 2023, through the CM/ECF system and sent through the system to

    Charles S. Foster
    HARGROVE & FOSTER
    P.O. Box 315
    Mayfield, KY 42066
    [cfoster@westkylawyers.com](mailto:cfoster@westkylawyers.com)

    Brian F. Haara
    Gregory Scott Gowen
    101 South Fifth Street, Suite 2700
    Louisville, KY 40202-3116
    Telephone: (502) 588-2000
    bhaara@fmdlegal.com
    sgowen@fmdlegal.com

      /s/ Julie A. Tennyson
Julie A. Tennyson